**DLA PIPER LLP (US)**
ANGELA C. AGRUSA (SBN 131337)
angela.agrusa@dlapiper.com
TAMANY VINSON BENTZ (SBN 258600)
tamany.bentz@dlapiper.com
ALEXANDER E. WOLF (SBN 299775)
alexander.wolf@dlapiper.com
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300

Attorneys for Defendant
DANONE US, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN MARSHALL, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANONE US, INC.,<br><br>　　　　　Defendant. | Case No. 3:19-CV-01332-RS<br><br>Assigned to Hon. Richard Seeborg<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1 AND L.R. 3-15]** |

DLA Piper LLP (US)
Los Angeles

DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1 AND L.R. 3-15]
3:19-CV-01332-RS

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:**

Pursuant to Fed. R. Civ. Proc. 7.1, Defendant hereby discloses that its ultimate parent corporation is the French company, Danone S.A. Other than Danone S.A., no publicly held company owns 10% or more of Defendant's stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Danone US, Inc.
2. Danone US, LLC
3. WWF Operating Company
4. Donovan Marshall

Dated:  April 26, 2019         DLA PIPER LLP (US)

By: */s/ Tamany V. Bentz*
ANGELA C. AGRUSA
TAMANY V. BENTZ
Attorneys for Defendant
DANONE US, INC.

DLA Piper LLP (US)
Los Angeles

2
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1 AND L.R. 3-15]
3:19-CV-01332-RS

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2019, a copy of the foregoing **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1 AND L.R. 3-15]** was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's ECF System.

*/s/ Tamany V. Bentz*
Tamany V. Bentz

3
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES [FRCP 7.1 AND L.R. 3-15]
3:19-CV-01332-RS

DLA Piper LLP (US)
Los Angeles