**THE LAW OFFICE OF**
**PAUL K. JOSEPH, PC**
PAUL K. JOSEPH (SBN 287057)
*paul@pauljosephlaw.com*
3150 Cabrillo Bay Ln.
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943
*Counsel for Plaintiff*

**DLA PIPER LLP (US)**
ANGELA C. AGRUSA (SBN 131337)
*angela.agrusa@dlapiper.com*
TAMANY V. BENTZ (SBN 258600)
*tamany.bentz@dlapiper.com*
ALEXANDER E. WOLF(SBN 299775)
*alexander.wolf@dlapiper.com*
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300
*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN MARSHALL, on behalf of himself, all others similarly situated, and the general public, <br>       Plaintiff, <br><br>       v. <br><br> DANONE US, INC., <br><br>       Defendant. | Case No: 3:19-cv-01332-RS <br><br> **STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** <br><br> Judge: Hon. Richard Seeborg |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Donovan Marshall's individual claims in the above-captioned action be and hereby are voluntary dismissed with prejudice, and the claims of putative class members be and hereby are also voluntarily dismissed without prejudice. Each side to bear its own costs and fees unless otherwise agreed to by the parties.

Dated: August 11, 2020                    Respectfully Submitted,

/s/ Paul K. Joseph[1]

**THE LAW OFFICE OF PAUL K. JOSEPH, PC**
PAUL K. JOSEPH
*paul@pauljosephlaw.com*
4125 W. Point Loma Blvd., No. 309
San Diego, CA 92110
Phone: (619) 767-0356
Fax: (619) 331-2943

/s/ Tamany Bentz
**DLA PIPER LLP (US)**
ANGELA C. AGRUSA (SBN 131337)
*angela.agrusa@dlapiper.com*
TAMANY V. BENTZ (SBN 258600)
*tamany.bentz@dlapiper.com*
ALEXANDER E. WOLF (SBN 299775)
*alexander.wolf@dlapiper.com*
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, California 90067-4704
Telephone: 310.595.3000
Facsimile: 310.595.3300

---

[1] Pursuant to N.D. Cal. Civ. L.R. 5-2(i)(3), the concurrence to the filing of this document has been obtained from each signatory.

1

*Marshall v. Danone US, Inc.*, Case No: 3:19-cv-01332-RS
STIPULATION OF DISMISSAL